**Form 1**

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 17-31435  
**Case Name:** WINTERS, KAMEELA MOLAE  
**For Period Ending:** 01/23/2019

**Trustee Name:** (530540) R. Keith Johnson  
**Date Filed (f) or Converted (c):** 08/30/2017 (f)  
**§ 341(a) Meeting Date:** 10/04/2017  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | DUPLEX OR MULTI-UNIT BUILDING, PREVIOUS PRIMARY (See Footnote) | 70,813.00 | 70,813.00 | | 0.00 | 70,813.00 |
| 2* | SINGLE-FAMILY HOME, THIS PROPERTY WAS VALUED BY (See Footnote) | 61,100.00 | 61,100.00 | | 0.00 | 61,100.00 |
| 3* | 2006 JEEP GRAND CHEROKEE (CAR MAX VALUE USED TO (See Footnote) | 2,000.00 | 0.00 | | 0.00 | 0.00 |
| 4* | FURNITURE: LIVING ROOM, DINING ROOM,2 BEDROOM (See Footnote) | 750.00 | 0.00 | | 0.00 | 0.00 |
| 5* | APPLIANCES: WASHER & DRYER LOCATION: 5833 (See Footnote) | 400.00 | 0.00 | | 0.00 | 0.00 |
| 6* | ELECTRONICS: TV, LAPTOPS LOCATION: 5833 BRADFORD (See Footnote) | 600.00 | 0.00 | | 0.00 | 0.00 |
| 7* | CLOTHES: JEANS, SHIRTS, JACKETS, SHOES, UNIFORMS (See Footnote) | 500.00 | 0.00 | | 0.00 | 0.00 |
| 8* | JEWELRY: NECKLACES, RINGS, EARRINGS LOCATION: (See Footnote) | 200.00 | 0.00 | | 0.00 | 0.00 |
| 9 | CASH: CASH | 200.00 | 0.00 | | 0.00 | 0.00 |
| 10 | MAZUMA CHECKING ACCOUNT #: 3615 | 36.69 | 0.00 | | 0.00 | 0.00 |
| 11* | COMMUNITYCOMMERCE BANK#0342 DAUGHTER'S ACCT. THI (See Footnote) | 0.00 | 0.00 | | 0.00 | 0.00 |
| 12 | SAVINGS COMMUNITY AMERICA #3425 | 1.00 | 0.00 | | 0.00 | 0.00 |
| 13 | CHECKING COMMERCE BANK#3107 | 128.09 | 0.00 | | 0.00 | 0.00 |
| 14 | COMMUNITYCOMMERCE#1583 | 100.00 | 0.00 | | 0.00 | 0.00 |
| 15* | - # 9814 MAZUMA CREDIT UNION CD THIS ACCOUNT IS (See Footnote) | 0.00 | 0.00 | | 0.00 | 0.00 |
| 16 | OTHER: MAZUMA CREDIT UNION SAVINGS | 0.00 | 0.00 | | 0.00 | 0.00 |
| 17* | GOVERMENT RETIREMENT THRIFT SAVINGS PLAN VALUE: (See Footnote) | 0.00 | 0.00 | | 0.00 | 0.00 |
| 18 | IRA FIDELITY INVESTMENT (ROLLED OVER 401K) | 6,000.00 | 0.00 | | 0.00 | 0.00 |
| 19* | TERM LIFE INSURANCE INSURED: KAMEELA WINTERS FAC (See Footnote) | 0.00 | 0.00 | | 0.00 | 0.00 |
| 20* | TERM LIFE INSURANCE INSURED: KAMEELA WINTERS (See Footnote) | 0.00 | 0.00 | | 0.00 | 0.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case No.:** 17-31435  
**Case Name:** WINTERS, KAMEELA MOLAE  
**For Period Ending:** 01/23/2019  

**Trustee Name:** (530540) R. Keith Johnson  
**Date Filed (f) or Converted (c):** 08/30/2017 (f)  
**§ 341(a) Meeting Date:** 10/04/2017  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 21* | TERM LIFE INSURANCE INSURED: KAMEELA WINTERS FAC (See Footnote) | 0.00 | 0.00 | | 0.00 | 0.00 |
| | **Assets Totals (Excluding unknown values)** | **$142,828.78** | **$131,913.00** | | **$0.00** | **$131,913.00** |

RE PROP# 1    residence turned into a rental Zillow was used to appraise this property.,  
              11274 E 71st TerraceRaytown MO 64064  
RE PROP# 2    using Zillow.com. Rental home- This home needs alot of repairs before it can be sold for market value.,  
              4263 E 62nd StKansas City MO 64130  
RE PROP# 3    appraise vehicle) mileage: 160000  
RE PROP# 4    sets Location: 5833 Bradford Lake Lane, Charlotte NC 28269  
RE PROP# 5    Bradford Lake Lane, Charlotte NC 28269  
RE PROP# 6    Lake Lane, Charlotte NC 28269  
RE PROP# 7    Location: 5833 Bradford Lake Lane, Charlotte NC 28269  
RE PROP# 8    5833 Bradford Lake Lane, Charlotte NC 28269  
RE PROP# 11   is Debtor's Daughter's account. Debtor is only the custodian of this account. Value: $856.94  
RE PROP# 15   in Debtor's 17 year old Daughter's name Debtor is just the custodian on this account Account balance $5,000.  
RE PROP# 17   $20,307.00 This plan is Erisa qualified and not part of Debtor's estate  
RE PROP# 19   value $750,000.00 Beneficiaries: Shelia Gantt- Mother no cash in value Location: StateFarm PO BOX 2364 Bloomington IL 61702  
RE PROP# 20   Value: $ 35,000.00 Beneficiaries: Sheila Gantt - Mother no cash in value Location: Federal Employee Benefit Assc.  
RE PROP# 21   value $ 63,000.00 Beneficiaries: SHeila Gantt Mother no cash in value Location  

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

**Initial Projected Date Of Final Report (TFR):** 06/15/2017    **Current Projected Date Of Final Report (TFR):** 03/14/2019

01/23/2019  
Date

/s/R. Keith Johnson  
R. Keith Johnson

Copy Served On:   Shelley K. Abel  
                  Bankruptcy Administrator